IRENE H. BROMBERG *v.* PATRICK SNOW ET AL.
(14860)

Foti, Heiman and Schaller, Js.

Submitted on briefs February 13—decision released March 5, 1996

*Jon C. Leary* filed a brief for the appellants (defendants).

*George A. Law* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.